UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD GUNN, on his own behalf and
others similarly situated,

        Plaintiff,

vs.                   Case No.  2:08-cv-35-FtM-29DNF

ENVIRONMENTAL RISK MANAGEMENT, INC.,
a Florida Corporation,

        Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #23), filed October 7, 2008, recommending that the Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgement [sic] (Doc. #22) be granted, the settlement be approved as fair and reasonable, and the case be dismissed with prejudice.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations.  28 U.S.C. §
636(b)(1)(C).  The district judge reviews legal conclusions *de
novo*, even in the absence of an objection.  See <u>Cooper-Houston v.
Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro
Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993),
<u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and
upon due consideration of the Report and Recommendation, the Court
accepts the Report and Recommendation of the magistrate judge and
approves the settlement as fair and reasonable.

Accordingly, it is now

**ORDERED:**

1.  The Report and Recommendation (Doc. #23) is hereby **adopted**
and incorporated herein.

2.  The Joint Motion for Approval of Settlement Agreement as
Stipulated Final Judgement [sic] (Doc. #22) is **GRANTED** and the
settlement terms are approved as fair and reasonable.

3.  The Clerk shall enter judgment dismissing the case with
prejudice and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __23rd__ day of
October, 2008.

_____
JOHN E. STEELE
United States District Judge

-2-

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties